THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

OCT - 6 2017

MARK ANTHONY ROBINSON

    Plaintiff

v.

FRANKLIN J. TENNIS, et al.,

    Defendants

3:11-CV-1724
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 6th DAY OF OCTOBER, 2017**, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 152) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 152) is **ADOPTED** for the reasons discussed therein.

2. The case is **REMANDED** to Magistrate Judge Carlson for further proceedings consistent with this Order and for the purpose of determining whether the parties will consent to Magistrate Judge Carlson's jurisdiction to conduct trial in this matter on the remaining claim.

Robert D. Mariani
United States District Judge